IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTI PICKENS                                                    PLAINTIFF

v.                    NO. 3:19-cv-00179 PSH

ANDREW SAUL, Commissioner of                                       DEFENDANT
the Social Security Administration

## ORDER

Plaintiff Christi Pickens has filed the pending unopposed motion for extension of time to file a brief. See Docket Entry 11. For good cause shown, the motion is granted. Plaintiff is given up to, and including, November 25, 2019, to file her brief. The brief from the Commissioner of the Social Security Administration is due forty-two days from the filing of plaintiff's brief.

IT IS SO ORDERED this 29th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE