IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTI PICKENS                                                                PLAINTIFF

v.                          NO. 3:19-cv-00179 PSH

ANDREW SAUL, Commissioner of                                    DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Christi Pickens.

IT IS SO ORDERED this 3rd day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE