# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTI PICKENS                                                              PLAINTIFF

v.                          NO. 3:19-cv-00179 PSH

ANDREW SAUL, Commissioner of                                                 DEFENDANT
the Social Security Administration

## ORDER

Plaintiff Christi Pickens ("Pickens") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 19. In the motion, she seeks attorney's fees in the amount of $2,717.25 and expenses in the amount of $20.07, or a total amount of $2,737.32. The Commissioner of the Social Security Administration ("Commissioner") has no objection to Pickens' motion.

The Court has reviewed the motion for an award of attorney's fees and expenses and finds nothing unreasonable about the hours of work performed, the hourly rate, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $2,737.32

are awarded Pickens. Because the award belongs to Pickens and not her attorney, see Astrue v. Ratliff, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Pickens, in care of her attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 9th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE